IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MONA NELSON, | ) |
| | ) |
| Plaintiff, | ) No. 3:10-cv-01017 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| JOHN H. LOWE & ASSOCIATES, | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff Mona Nelson's Notice of Settlement. (Doc. No. 50.) Plaintiff anticipates that a settlement agreement between the parties will be fully executed within the next thirty days. (*Id.*) Accordingly, the Court hereby **CANCELS** all pending deadlines and hearings in this case, including the pretrial conference currently scheduled for April 6, 2012 and the trial currently scheduled for April 17, 2012. The parties are **ORDERED** to file a stipulation of dismissal within thirty days of the entry of this Order.

It is so ORDERED.

Entered this the 21st day of March, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT